# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHY CARLENE STEELE,
                    Appellant,
            vs.
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE AS SUCCESSOR BY
MERGER TO LASALLE BANK
NATIONAL ASSOCIATION AS
TRUSTEE FOR EMC MORTGAGE
LOAN TRUST 2005-A, MORTGAGE
LAON PASS-THROUGH
CERTIFICATES, SERIES 2005-A,
                    Respondent.

No. 78111

FILED

MAR 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying appellant's request to file a motion for leave to amend judgment. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court

19-10529

rule provides for an appeal from an order denying a request to file a motion. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Kathleen M. Drakulich, District Judge
      Kathy Carlene Steele
      Holland & Hart LLP/Las Vegas
      Washoe District Court Clerk